# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JEREMY WILLIAMS

VERSUS

STUPP COATINGS, LLC

NO.   2023 CW 1118

**JANUARY 29, 2024**

---

In Re:   Stupp Coatings, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 703766.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

**WRIT DENIED.**

**PMc**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
FOR THE COURT